```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------- X
LIVIA M. SCOTTO,

                          Plaintiff,                    JUDGMENT
                                                        19-CV-2403 (MKB)
            v.

COMPUTERSHARE, BASS AND ASSOCIATES,
PATTI BASS, JEFFREY NOORDHOEK,
NELNET INCORPORATION, WILLIAM MUNN,
MICHAEL DUNLAP, OFFICE OF THE CHANCELLOR,
COUNTY OF MAUI, UNIVERSITY OF
HAWAII, MAUI COMMUNITY COLLEGE,
U.S. DEPARTMENT OF EDUCATION, OFFICE
OF CIVIL RIGHTS, SEATTLE WASHINGTON,
U.S. DEPARTMENT OF TREASURY, and
U.S. DEPARTMENT OF STATE,

                          Defendants.
--------------------------------------------------------------------- X
LIVIA M. SCOTTO,

                          Plaintiff,                    19-CV-4755 (MKB)

            v.

JESSICA M. MCCLEAN, VOLKS ANWALT
OF NEW YORK, U.S. DEPARTMENT OF STATE,
M. DYER & SONS, UNION BANK OF SUISSE,
BRICKELL BANK, CREDIT SUISSE, EUROPEAN
BANKING AUTHORITY, BANCO
ESPIRITOS SANTOS, MINISTRY
L'IMMIGRATION, and LUXEMBOURG
CONSULAR,

                          Defendants.
--------------------------------------------------------------------- X
LIVIA M. SCOTTO,

                          Plaintiff,                    19-CV-5166 (MKB)

            v.
UNITED STATES, JESSICA M. MCCLEAN,
```

VOLTS ANWALT OF NEW YORK, JAMES
K. FISHER, BEDELL FIRM, HENRY M.
COXE III, PENTAGON FEDERAL CREDIT
UNION, SOCIETE GENERALE, CREDIT
SUISSE, UNION BANK SUISSE, BANK
OF AMERICA, WELLS FARGO, BANK
OF HAWAII, U.S. DEPARTMENT OF
AGRICULTURE, U.S. DEPT OF
EDUCATION, THE MEDERIOS TRUST,
THE JONATHAN BEATTY TRUST,
UNIVERSITY OF HAWAII, STATE FARM
INSURANCE, MAIMONIDES MEDICAL
CENTER, TRIPLER ARMY MEDICAL
CENTER, PHYSICIANS OF MOUNT
SINAI SCHOOL OF MEDICINE,
BRANDON REGIONAL HOSPITAL,
HCA WEST, CONSULATE HEALTHCARE, and
DEPARTMENT OF VETERANS AFFAIRS,

                Defendants.
-------------------------------------------------------------------------- X

A Memorandum and Order of Honorable Margo K. Brodie, United States District Judge, having been filed on November 26, 2019, dismissing the three above-captioned Complaints pursuant to 28 U.S.C. § 1915(e)(2)(B).; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith; and denying *in forma pauperis* status for purpose of an appeal, *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962); it is

ORDERED and ADJUDGED that the three above-captioned Complaints are dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B); that pursuant to 28 U.S.C. § 1915(a)(3), any appeal from this order would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal, *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

Dated: Brooklyn, NY                                   Douglas C. Palmer
     November 27, 2019                         Clerk of Court

                                                By:    /s/*Jalitza Poveda*
                                                          Deputy Clerk