

FORM 1

# NOTICE OF APPEAL

**********

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

Scotto
v.
Computershare et al
United States et al
McLean et al
Vunks Anwalt et al

NOTICE OF APPEAL

Docket No. 19-5166 (MKB)
19-4755 (MKB)
19-2403 (MKB)

Notice is hereby given that  Livia M. Scotto
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision

(describe it) JUDGEMENT, DISMISSAL 11/27/2019

entered in this action on the 19 day of DECEMBER, 20 19.

Signature

Livia M. Scotto
Printed Name

2770 Golf 11
Address

Valrico, Florida, 33596,

( )
Telephone No. (with area code)

Date: 12/19/2019

RECEIVED DEC 26 2019 PRO SE OFFICE