RD 262

FORM 1

# NOTICE OF APPEAL

\*\*\*\*\*\*\*\*\*\*

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF _____

Scotto et al
v.
United States et al
U.S. Agency et al.

Amirall and any other et al
Defendants - Appellees Filed heretofore et al

19-cv-4756
19-cv-5166
19-cv-901
NOTICE OF APPEAL
19-cv-701   19-2403
Docket No. 19-4755   and other directly related cases

Notice is hereby given that _____Livia M. Scotto_____
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision

(describe it)

entered in this action on the _17_ day of _December_, 20_19_.

Signature

_Livia M Scotto_
Printed Name

_2910 Golf Heights Circle_
Address

_Valrico, Florida, 33594_

_(813) 689-8726_
Telephone No. (with area code)
(813) 708-____

Date: _12/17/2019_

RECEIVED
DEC 26 2020
2019
PRO SE OFFICE